McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-mj-00129 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | GOVERNMENT'S RESPONSE TO |
| | ) | MOTION TO DISMISS, MOTION FOR |
| DARDEN BAUMANN, | ) | JUDGMENT OF ACQUITTAL PURSUANT |
| | ) | TO RULE 29 AND |
| Defendant. | ) | [PROPOSED] ORDER |
| | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States attorney for Plaintiff and TIMOTHY V. MAGILL, attorney for Defendant,

///
///
///
///
///
///
///
///

1

that the filing of Government's brief, currently scheduled due July 7, 2006 be continued to **August 1, 2006,** to be filed by noon, due to date of filing of defendant's brief being extended two weeks and that Mr. Boone will be on vacation from July 10 to July 21, 2006.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: July 7, 2006         By    /S/Stanley A. Boone
                                              STANLEY A. BOONE
                                              Assistant U. S. Attorney

Dated: July 7, 2006                 /s/Timothy V. Magill
                                              TIMOTHY V. MAGILL
                                              Attorney for Defendant

IT IS SO ORDERED.

**Dated:   July 14, 2006**                **/s/ Lawrence J. O'Neill**
b9ed48                                       UNITED STATES MAGISTRATE JUDGE