IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO

| UNITED STATES OF AMERICA, v. | AMENDED JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT |
|---|---|
| DARDEN BAUMANN | CASE NO: 1:06MJ00129-01 LJO |
| | Mark Coleman |
| | (Defendant's Attorney of Record) |

**THE DEFENDANT** was found guilty on Count(s) <u>1,3,4</u> , in the (X) Information ( ) Violation, after a ( ) plea of guilty (X) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNTS NUMBER(s) | DATE OF OFFENSE |
|---|---|---|---|
| 36 CFR 2.60(a) | TRESPASS OF LIVESTOCK | 1, 3, & 4 | 09/27/04; 10/11/04; 10/22/04 |

The defendant is sentenced as provided in pages <u>1</u> through <u>2</u> of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Count(s) <u> 2 </u> Dismissed on Motion of the Government.

[X] The fine imposed by this Judgment is <u>$2400 ($800 x 3 counts)</u> , and is payable to the Clerk of the court.

[X] The mandatory special assessment imposed by this sentence is <u>$30 ($10x3 counts)</u>, payable to the Clerk of the court.

[ ] No fine is imposed, due to the defendants' inability to pay.

[ ] Restitution imposed by this Judgment is $ <u>       </u>, payable to:

<u>                                                  </u>
(Payee's Name)

<u>                                                  </u>
(Payee's Address)

<u>                                                  </u>
(City, State, Zip Code)

**IT IS FURTHER ORDERED that** the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

DEFENDANT: DARDEN BAUMANN  **JUDGMENT - Page 2 of 2**
CASE NO.: 1:06-MJ-00129-01 LJO

    The defendant is placed on **Limited Supervised Probation** for 12 months, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.
2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.
3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.
5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.
6. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

**You shall comply with the following special conditions:**

[ ] ___ months/days jail facility, pursuant to 18 U.S.C. 3563 (b)(10), to commence as directed by the probation officer.

[ ] ___ months/days Community Corrections Center, pursuant to 18 U.S.C. 3562(b)(11), as directed by the probation officer. Pay costs of confinement, as determined by the Bureau of Prisons.

[ ] ___ hours of unpaid community service, and pay fees not to exceed $ _____, as directed by the probation officer.

[ ] Probation shall become unsupervised upon completion of all special conditions and payment of financial obligations, set forth by this court.

[X] The defendant shall provide the probation officer with assets to any requested financial information unless paid in full within 30 days.

[X] APPEAL RIGHTS GIVEN - 10 DAYS TO APPEAL

    Date of Sentencing:     November 8, 2006

    /s/
    Signature of Judicial Officer

    LAWRENCE J. O'NEILL, U.S. MAGISTRATE JUDGE
    Name & Title of Judicial Officer

    DATE:     12/12/06