Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Darden Baumann |
| **Docket Number:** | 1:06MJ00129-01 |
| **Offender Address:** | Badger, California |
| **Judicial Officer:** | Honorable Dennis L. Beck<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | November 8, 2006 |
| **Original Offense:** | 36 CFR 2.60(a), Trespass of Livestock (3 Counts)<br>(CLASS B MISDEMEANORS) |
| **Original Sentence:** | 12 months Limited Supervised Probation (LSP);<br>$2,400 fine; $30 SA |
| **Special Conditions:** | 1) Fine payable within first 30 days of supervision |
| **Type of Supervision:** | Limited Supervised Probation (LSP) |
| **Supervision Commenced:** | November 8, 2006 |
| **Assistant U.S. Attorney:** | Mark McKeon    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Mark Coleman    **Telephone:** (559) 233-2900 |
| **Other Court Action:** | None |

**RE:   Darden Baumann**
      **Docket Number:  1:06MJ00129-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**Limited Supervised Probation (LSP) granted on November 8, 2006, is hereby extended for a term of 6 months with all previously ordered conditions remaining in full force and effect.**

**Justification:**  On November 8, 2006, Mr. Baumann was sentenced to a 12 month period of Limited Supervised Probation (LSP) after being found guilty in Counts 1, 3 and 4, to wit: a violation of 36 CFR 2.60(a), Trespass of Livestock, as charged in a four-count Information.

In brief, this offense involves Mr. Baumann allowing his cattle to trespass within the Sequoia and Kings Canyon National Park on three (3) separate occasions (09/27/2004, 10/11/2004 and 10/22/2004).

During the period of supervision, Mr. Baumann has been basically compliant and cooperative.  However, on September 5, 2007, and October 2, 2007, the probation officer received reports from the Sequoia and Kings Canyon National Park Service which detailed incidents involving Mr. Baumann's cattle trespassing on the following dates:  June 27, 2007; July 20, 2007; August 14, 2007; August 19, 2007; September 23, 2007; and September 28, 2007.

On October 25, 2007, the probation officer met with Mr. Baumann to address the above-noted incidents.  Mr. Baumann explained that he had hired an employee (ranch-hand), in his attempt to prevent his cattle from gaining access onto the National Park Service land, attempting to avoid any further legal issues.

In review, Mr. Baumann has attempted to remain law-abiding and in compliance with his probation conditions.  This probation officer has taken these incident reports and the hiring

**RE:   Darden Baumann**
   **Docket Number:  1:06MJ00129-01**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

of the "ranch hand" into consideration, and the following recommendation appears appropriate.

Mr. Baumann is due to expire from supervision on November 7, 2007.  However, based on the incident reports detailing the recent cattle trespassing, Mr. Baumann has agreed to extend the term of probation for an additional six-month term.  During this extended supervision period, the probation officer will closely monitor for any future violations, and will continue to maintain contact with the National Park Service regarding any new violation behavior in regards to cattle trespassing.

On October 25, 2007, the Waiver of Hearing Form was read to Mr. Baumann, and he voluntarily signed the form, agreeing to extend the period of probation for 6-months.

Further, the probation officer has notified the U.S. Attorney's office and provided copies of the above-noted reports, with no objections made to this recommendation.

Therefore, it is respectfully recommended the Court approve this modification plan, which permits the above-noted violation behavior to be addressed through continued probation supervision.

Should the Court have any questions or need additional information, please do not hesitate to contact this officer.

RE:    **Darden Baumann**
       **Docket Number: 1:06MJ00129-01**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
**United States Probation Officer**
Telephone: (559) 734-0317

**DATED:**     November 5, 2007
               Visalia, California

**REVIEWED BY:**     /s/ Rick C. Louviere
                        **Rick C. Louviere**
                        **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )    Modification approved as recommended.

(  )    Modification not approved at this time. Probation Officer to contact Court.

(  )    Other:

| 6 November 2007 | /s/ *Dennis L. Beck* |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:     United States Probation
        Mark McKeon, Assistant United States Attorney
        Mark Coleman, Assistant Federal Defender
        Defendant
        Court File