1 BENJAMIN B. WAGNER
United States Attorney
2 MARK J. McKEON
Assistant U.S. Attorney
3 2500 Tulare St, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06-mj-00129 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| DARDEN BAUMANN, | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from **February 24, 2010** to **March 24, 2010** at 10:30 a.m.. The reason for this request is that the Ninth Circuit

//
//
//
//
//
//
//
//

1

appeal in this case is still pending, and therefore the district court does not currently have jurisdiction over this matter.

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: February 23, 2010         By:  /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney


DATE: February 23, 2010              /s/ Mark Wade Coleman
                                    MARK WADE COLEMAN
                                    Attorney for Defendant
```

IT IS SO ORDERED.

Dated:   **February 23, 2010**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE